**UNITED STATES DISTRICT COURT**

DISTRICT OF SOUTH CAROLINA – FLORENCE DIVISION

Travis Sintell McCrae,

Plaintiff,

v.

Duke Energy Carolinas, LLC, by and through its Chief Financial Officer Brian Savoy, and Helvey & Associates, Inc.,

Defendants.

Civil Action No.: _____

---

# PLAINTIFF'S MOTION FOR FRAUDULENT BILLING, DISCRIMINATORY PRACTICES, BREACH OF CONTRACTUAL DUTY, AND UNLAWFUL DEBT COLLECTION

---

## I. INTRODUCTION AND JURISDICTION

Plaintiff Travis Sintell McCrae, appearing pro se, as Principal Officer of Nipsey'z Checkmate Inc. and Trustee of the Travis Sintell McCrae Living Trust, files this Motion under Fed. R. Civ. P. 3, 7(b), 8, and 56, asserting claims of fraudulent billing, discriminatory utility practices, breach of fiduciary duty, and unlawful debt collection against Duke Energy Carolinas, LLC, by and through its Chief Financial Officer Brian Savoy, and its retained collection firm Helvey & Associates, Inc.

This Court has jurisdiction under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1343(a)(3) (civil rights enforcement), and 28 U.S.C. § 1367(a) (supplemental jurisdiction). Venue is proper in this District because the acts occurred in Florence County, South Carolina, impacting Plaintiff's residence, trust property, and business operations.

---

## II. STATEMENT OF FACTS

1

1. Defendant Duke Energy Carolinas, LLC (Brian Savoy, CFO) is a regulated public utility headquartered at 550 South Tryon Street, Charlotte, NC 28202, responsible for managing accounts, billing, and collection activities, including those of its affiliate Duke Energy Progress.

2. Between 2022 and 2024, Defendant issued false billing statements, fabricated arrearages, and discriminatory fees inconsistent with contractual obligations and meter readings, causing financial distress and business interference.

3. Plaintiff repeatedly disputed these inaccuracies under 15 U.S.C. § 1691 (Equal Credit Opportunity Act) and S.C. Code § 37-6-108, yet Duke Energy refused to perform a lawful audit or provide documentary verification.

4. On September 20, 2025, Plaintiff made full payment of $752.42 through Speedpay Confirmation No. 272206184, credited to account ending 3624 at service address 1222 Dixxxxx, Florence, SC.*

    Duke Energy confirmed receipt and reported the account paid in full and zero balance.

5. Nevertheless, on September 24, 2025, Defendant Brian Savoy, through retained debt collector Helvey & Associates, Inc. (1015 E Center Street, Warsaw, IN 46580), caused a collection letter (Ref. No. 10220705) to be issued to Plaintiff demanding the same $752.42 already paid—an intentional misrepresentation of a satisfied account.

6. Said collection activity occurred after confirmation of payment, constituting fraud, deception, and unlawful dissemination of personal financial data in violation of federal and state law.

7. The letter identifies Duke Energy Progress as the "original creditor," thereby linking Helvey & Associates' actions directly to Duke Energy Carolinas LLC (Brian Savoy) through corporate continuity and CFO authorization.

8. Defendant's acts have caused emotional distress, reputational injury, trust account compromise, and operational interference, all in violation of fiduciary duty and federal financial ethics standards.

## III. LEGAL STANDARD

Under Fed. R. Civ. P. 56(a), summary judgment shall be entered when there is no genuine issue of material fact and the movant is entitled to judgment as a matter of law.

South Carolina recognizes an implied covenant of good faith and fair dealing in every contract (Williams v. Riedman Corp., 339 S.C. 251 (2000)). Fraud requires a false representation, knowledge of falsity, intent to deceive, reliance, and resulting damage (Regions Bank v. Schmauch, 354 S.C. 648 (2003)).

## IV. ARGUMENT

### A. Fraudulent Billing and Concealment

Defendant repeatedly misrepresented billing obligations and failed to reconcile account data in violation of S.C. Code § 16-13-240 and UCC § 2-315, thereby obtaining property by false pretenses.

### B. Discriminatory Service Practices

By manipulating billing cycles, imposing unequal late fees, and ignoring dispute letters, Defendant violated 15 U.S.C. § 1691(a) and the South Carolina Public Service Commission's consumer-fairness mandates.

### C. Breach of Fiduciary and Contractual Duty

As a regulated monopoly providing essential services, Duke Energy (Carolinas & Progress) and its CFO owed Plaintiff duties of transparency, diligence, and equitable service. Concealment of audit results and dissemination of false balances breached those duties, violating Shelley v. SCE&G, 283 S.C. 515 (1984).

### D. Economic and Reputational Harm

Defendant's false statements and improper data sharing impaired Plaintiff's business credit, damaged trust records, and tarnished professional reputation, actionable under Restatement (Second) of Torts § 623A and FCRA 15 U.S.C. § 1681n.

## V. UNLAWFUL DEBT COLLECTION, CYBERSECURITY, AND FEDERAL VIOLATIONS

After full satisfaction of the account, Defendants Brian Savoy and Helvey & Associates, Inc. knowingly transmitted false debt information to collection databases, violating multiple federal laws, including:

- 15 U.S.C. §§ 1692e and 1692f (FDCPA) — prohibiting false representation and unfair collection of any debt;

- 15 U.S.C. § 1681s-2 (FCRA) — prohibiting reporting of inaccurate or obsolete data;

- 15 U.S.C. § 45(a) (FTC Act) — banning deceptive business practices;

- 47 C.F.R. § 64.1200 (FCC Rules) — barring unauthorized transmission of consumer financial data;

- 31 C.F.R. § 285.12 (U.S. Fiscal Service Debt Cancellation) — prohibiting referral of debts that are paid or discharged;

- Executive Orders 13636 & 13800 (Cybersecurity Infrastructure Mandates) — requiring utilities to secure and verify consumer financial information.

Defendants' post-payment collection letter demonstrates reckless disregard for consumer-data safeguards and the Financial Services Modernization Act, amounting to negligent cybersecurity oversight and federal privacy breach.

Furthermore, the dissemination of paid-account data without consent violates Privacy Act 5 U.S.C. § 552a, Electronic Communications Privacy Act (18 U.S.C. § 2511), and Department of Homeland Security Critical-Infrastructure Protection Guidelines, exposing Defendants to civil penalties and referral to the Cybersecurity & Infrastructure Security Agency (CISA).

## VI. DAMAGES AND RELIEF REQUESTED

Plaintiff respectfully requests that this Honorable Court:

1. Enter Judgment against Duke Energy Carolinas, LLC (Brian Savoy, CFO) and Helvey & Associates, Inc. for fraud, breach of contract, discrimination, and unlawful debt collection;

2. Award Compensatory Damages of $3,000,000 for financial losses and emotional distress;

3. Award Punitive Damages of $3,000,000 for willful misconduct;

4. Grant Injunctive Relief ordering correction of all billing and collection records, deletion from credit bureaus, and written apology within 10 days;

5. Refer Defendants to the FTC, FCC, FERC, CISA, and South Carolina ORS for investigation of compliance violations;

6. Impose civil penalties under FDCPA, FCRA, and 31 C.F.R. § 285.12 for unlawful collection on a paid account.

## VII. PRAYER FOR RELIEF

"Let truth illuminate the ledgers where deceit was written in ink.
The hand that abuses the current meant to give light must answer to justice for the darkness it caused.
Plaintiff prays for fairness, balance, restoration of integrity, and full relief under law and equity."

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Fraudulent Billing, Discriminatory Practices, Breach of Contractual Duty, and Unlawful Debt Collection was served by Certified U.S. Mail and/or electronic service on this 17 day of Oct., 2025, upon:

Brian Savoy, Chief Financial Officer

Duke Energy Carolinas, LLC

550 South Tryon Street

Charlotte, NC 28202

Email: brian.savoy@duke-energy.com

Helvey & Associates, Inc.

Attn: Compliance Department

1015 East Center Street

Warsaw, IN 46580-3497

Email: info@hlv.com

Respectfully Submitted,

/s/ Travis Sintell McCrae

5

Travis Sintell McCrae, Pro Se

Principal Officer, Nipsey'z Checkmate Inc.

Trustee, Travis Sintell McCrae Living Trust

1901 W. Evans St., Unit 6937

Florence, SC 29501

(843) 618-4228

Travis@NipseyzCheckmate.com